**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

**CASE NO. 24-cv-21872-ALTMAN/Sanchez**

In The Matter of the Complaint for
Exoneration from or Limitation of Liability by
FUTURE MANAGEMENT COMPANY, LLC
and NICHOLAS AULER, as Owner and
Beneficial Owner of the 1999 Sea Ray 630
Sundancer Motor Vessel, Bearing Hull
Identification No. SERY0479G899,

     *Petitioners.*

_____/

**ORDER APPROVING SECURITY, DIRECTING**
**ISSUANCE OF NOTICE AND RESTRAINING SUITS**

A Complaint [ECF No. 1] having been filed herein on May 14, 2024 by FUTURE

MANAGEMENT COMPANY, LLC and NICOLAS AULAR (the "Petitioners"), as owner and

beneficial owner of the 1999 Sea Ray 630 Sundancer motor vessel named "Mr. Chief" and bearing

hull identification number SERY0479G899 (the "Vessel"), for exoneration from or limitation of

liability, pursuant to 46 U.S.C. §30505 et seq. and Rule F of the Supplemental Rules for Admiralty or

Maritime Claims, for any damages and/or injuries resulting from an incident occurring on or about

November 20, 2022 on the navigable waters near Miami Beach, Florida;

And the Complaint having stated the value of the Petitioners' interest in the said vessel

is $35,000.00 dollars and no cents, and the Petitioners having stated there is no pending freight;

And the Petitioners having, upon due appraisement of the Vessel, agreed to deposit in the

registry of the Court as security for the benefit of the Claimants the amount of said appraisal;

We accordingly **ORDER and ADJUDGE** as follows:

1.     The above-described security ($35,000.00) for the amount or value of the

Petitioners' interest in the Vessel is **APPROVED**.

2.       Upon motion, we shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, we may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. §30505, as amended, in respected of loss of life or bodily injury.

3.       The **CLERK of COURT** shall issue a **NOTICE** to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing them to **file their respective claims** with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioners a copy thereof by **August 16, 2024**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on the attorneys for the Petitioners an answer to the Complaint on or before the said date, unless his or her claim has included an answer to the Complaint, so designated, or be defaulted.

4.       The aforesaid notice shall be published in an approved newspaper once a week for four successive weeks prior to the date fixed for the filing of claims, as provided for by Rule F; and copies of the notice shall also be mailed in accordance with Rule F.

5.       The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioners, as aforesaid, or against the Vessel, or against any property of the Petitioners except in this action, to recover damages for or in respect of any damages, injuries, or fatalities caused by or resulting from the accident of the Vessel as alleged in the Complaint, be and they hereby are, **RESTRAINED**, **STAYED**, and **ENJOINED** until the hearing and determination of this action.

6.      Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand.

**DONE AND ORDERED** in the Southern District of Florida on May 20, 2024.



_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record